# United States Court of Appeals for the Fifth Circuit

_____

No. 23-30193

_____

IN RE CITY OF NEW ORLEANS,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-1924

_____

## UNPUBLISHED ORDER

Before KING, JONES, and SMITH, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is HELD IN ABEYANCE pending further order of this court.

The United States is directed to file a response to the petition by noon Monday April 10, 2023. No extension will be granted.

The district court's order of April 3, 2023, which is the subject of the mandamus petition, is hereby ADMINISTRATIVELY STAYED while this panel considers the mandamus petition.